# EXHIBIT 2



**WILLARD J. MOODY, SR.** VA
1924-2019

**WILLARD J. MOODY, JR.** VA FL WV NC

**CLAUDE W. ANDERSON, JR.** VA NC

**MICHAEL R. DAVIS** VA WV

**JOHN H. COSTON, IV** VA

**AMY L. STONE** VA NC

**DAVID S. SCHNITZER** VA FL WV NC

**MICHAEL T. SCIANCALEPORE**
Chief Financial Officer

**THOMAS J. TERRELL, JR.**
Director of Administration

# THE MOODY LAW FIRM

June 25, 2024

Jessica Benson Cox, Esquire
FAEGRE DRINKER BIDDLE & REATH, LLP
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204

 **RE: *Cook Medical Inc., Neven Fingerhut* number 2570**

Dear Ms. Cox:

 I have received your June 5, 2024 correspondence regarding the above action with attached motions. I appreciate the fact that you have not filed these documents and agree that we should to try to work out a solution that accomplishes the needs of all parties without prejudicing either.

 As you are probably aware, and I think you will agree, that the Indiana Saving Statute as interpreted by the case law is somewhat confusing and potentially critical in saving the right to refile an action once dismissed.

 Having reviewed the case law applicable to Indiana §34-11-8-1, I have re-drafted the Stipulation of Dismissal that you have proposed to include language that I believe will grant Cook the dismissal it requests as well as allow Plaintiff to refile his action in State Court where the Defendant suggests it should be.

 I have attached the Stipulation of Dismissal with that language including for your review. If you agree, please sign the Stipulation of Dismissal attached and return it to me for filing.

 If you do not agree, I would appreciate it if you would contact me to discuss the matter further in order to try to resolve any differences regarding this matter before filing any motions so as to not burden the Court with this matter.

 Sincerely,

 Willard J. Moody, Jr.

WMJ/mjl
Enclosure

<u>**VIRGINIA OFFICE**</u>

500 Crawford St., Suite 200
Post Office Box 1138
Portsmouth, Virginia 23705
(757) 393-4093
(800) 368-1033
Fax (757) 397-7257

<u>**MASS TORT LITIGATION**</u>

500 Crawford St., Suite 200
Post Office Box 1138
Portsmouth, Virginia 23705
(757) 393-6020
(800) 793-4816
Fax (757) 399-3019



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES AND   Case No. 1:14-ml-2570-RLY-TAB
PRODUCT LIABILITY LITIGATION       MDL No. 2570

_____

This Document Relates to:

[Plaintiff Name] - Case No. [insert]

_____

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff in the above-captioned case acknowledges that, based on review of the evidence, the Plaintiff and the Cook Defendants in this action are not citizens of different states, as required for this Court's exercise of subject matter jurisdiction. *See* 28 U.S.C. § 1332(a)(l).

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(l )(A)(ii), Plaintiff and the Cook Defendants stipulate to the dismissal of all claims in this action without prejudice for lack of subject-matter jurisdiction, and without prejudice to the refiling of the action in any appropriate court.  The parties acknowledge and agree that this dismissal shall not bar Plaintiff from refiling this action in a state court of Indiana pursuant to Indiana Code § 34-11-8-1, and Plaintiff reserves the right to do so within the applicable time period allowed by said statute.  Each party shall bear its own fees and costs.

Dated: _____      Dated: _____

/s/_____      /s/_____
Willard J. Moody, Jr.                Andre Roberts Pierson
The Moody Law Firm               FAEGRE DRINKER BIDDLE & REATH LLP
500 Crawford Street, Ste. 200       300 N. Meridian Street, Ste. 2500
Portsmouth, VA 23704            Indianapolis, IN 46204
Telephone: (757) 393-4093        Telephone: (317) 237-0300
Facsimile: (757) 397-7257         Facsimile: (757) 237-1000
Email: will@moodyrrlaw.com       Email: andrea.pierson@faegredrinker.com

**Attorney for Plaintiff**           **Attorney for Defendants**